UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TENNIEL WALKER,<br><br>          Plaintiff,<br>  v.<br>TARGET CORPORATION,<br><br>          Defendant.<br>_____/ | No. CV11-02368 MEJ<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER** |

The Court is in receipt of Defendant's letter regarding Plaintiff's failure to comply with discovery obligations in this case. Dkt. No. 13. The parties are hereby ORDERED to meet and confer in compliance with the undersigned's Discovery Standing Order. Plaintiff's counsel, Lawrence Allan Moy, shall contact Defendant's counsel, Gail C. Trabish, by October 21, 2011 at 10:00 a.m. and provide at least three (3) dates and times at which he is able to meet during normal business hours (9 a.m. through 5 p.m.) before November 2, 2011. Defendant's counsel shall choose the date on which the parties will meet. Failure to comply with this Order, as well as Plaintiff's failure to comply with his other discovery obligations, may result in the impositions of sanctions.

**IT IS SO ORDERED.**

Dated: October 19, 2011

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge