UNITED STATES DISTRICT COURT

Northern District of California

TENNIEL WALKER,

          Plaintiff,
  v.

TARGET CORPORATION,

          Defendant.
_____/

No. CV11-02368 MEJ

**ORDER TO SHOW CAUSE**

On October 12, 2011, Defendant Target Corporation submitted a letter regarding Plaintiff Tenniel Walker's failure to comply with discovery obligations in this case. Dkt. No. 13. In response, the Court ordered the parties to meet and confer in compliance with the undersigned's Discovery Standing Order. Dkt. No. 14. The Court ordered Plaintiff's counsel, Lawrence Allan Moy, to contact Defendant's counsel by October 21, 2011 at 10:00 a.m. and provide at least three (3) dates and times at which he is able to meet during normal business hours (9 a.m. through 5 p.m.) before November 2, 2011. *Id.* The Court warned that failure to comply with the Order, as well as Plaintiff's failure to comply with discovery obligations in general, may result in the impositions of sanctions. *Id.*

The Court is now in receipt of a second letter from Defendant's counsel, in which she states that Plaintiff's counsel failed to contact her, and that Plaintiff has yet to provide initial disclosures and responses to Defendant's written discovery requests. Dkt. No. 15. Plaintiff's failure to comply with discovery obligations and court orders is unacceptable. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Plaintiff shall file a declaration by November 1, 2011, and the Court shall conduct a hearing on November 10, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 24, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge