UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

TENNIEL WALKER,
    Plaintiff,

    v.

TARGET CORPORATION,
    Defendant.
_____/

No. C 11-2368 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     December 16, 2011
Mediator: Jo Hoenninger

    IT IS HEREBY ORDERED that the request for defendant Target Corporation's insurer claims person, Kim Buxton, to be excused from attending in person the December 16, 2011, mediation before Jo Hoenninger is GRANTED. Ms. Buxton shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 25, 2011        By:        *Elizabeth D. Laporte*
Dated                                            Elizabeth D. Laporte
                                                United States Magistrate Judge