1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA  94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 TENNIEL WALKER, an individual,          )   Case No.:  C 11-02368 MEJ
                                            )
12         Plaintiff,                       )   **[Contra Costa County Superior Court Case # C-**
                                            )   **10-02275]**
13 vs.                                      )
                                            )   **STIPULATION  TO EXTEND**
14 TARGET CORPORATION, a corporation;      )   **DEADLINES and**
   and Does 1 to 10, inclusive,             )   **[Proposed] ORDER**
15                                          )
           Defendants.                      )
16                                          )   Complaint Filed:  July 28, 2010
                                            )
17 _____)

18        Plaintiff TENNIEL WALKER, by and through her attorney, Lawrence A. Moy, Esq., and

19 Defendant TARGET CORPORATION by and through its counsel, Gail Trabish, Esq., stipulate as

20 follows:

21        Due to a delay in the discovery process, the parties have agreed to move the mediation that

22 is presently set from December 18, 2011 until January 19, 2012. The mediator has agreed to this

23 new date. In addition, the parties further agree that the following deadlines be continued to the

24 dates as follows:

25   Last Date to Disclose Experts: February 24, 2012

26   Last Date to Submit Rebuttal Experts: March 5, 2012

27

28

-1-
STIPULATION TO EXTEND DEADLINES- C 11-02368 MEJ

Last Date to File and Serve Discovery Motions: March 30, 2012

Discovery Cut-Off, including depositions of Expert Witnesses: March 20, 2012

All other dates will remain as previously ordered.

DATED:   November 10, 2011                    LAWRENCE A. MOY, ESQ.


                                              By: /s/ Lawrence A. Moy_____
                                                      LAWRENCE A. MOY
                                                    Attorneys for Plaintiff
                                                      TENNIEL WALKER


DATED:  November 10, 2011                     BOORNAZIAN, JENSEN & GARTHE
                                              A Professional Corporation


                                              By:  /s/ Gail C. Trabish_____
                                                      GAIL C. TRABISH, ESQ.
                                                    Attorneys for Defendant
                                                      TARGET CORPORATION


**ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. That the above deadlines are approved.

DATED:  November 15, 2011

                                              By _____
                                                        Judge Maria-Elena James

26715\561144

-2-
STIPULATION TO EXTEND DEADLINES- C 11-02368 MEJ