GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRIC COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENNIEL WALKER, an individual, | Case No.: C 11-02368 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| TARGET CORPORATION, a corporation; and Does 1 to 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff TENNIEL WALKER, by and through her attorney of record, Lawrence A. Moy, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, DEFENDANT TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: 3/15/12

LAWRENCE A. MOY, ESQ.
Attorneys for Plaintiff
TENNIEL WALKER

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER- Case No. C 11-02368 MEJ

DATED: February 10, 2012

/s/ Gail C. Trabish
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: March 16, 2012

HONORABLE MARIA-ELENA JAMES
CHIEF MAGISTRATE JUDGE

-2-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER- Case No. C 11-02368 MEJ